No. 90–348.  NEW ERA PUBLICATIONS INTERNATIONAL, ApS *v.* CAROL PUBLISHING GROUP.  C. A. 2d Cir.  Certiorari denied.

No. 90–349.  RATHERT ET AL. *v.* VILLAGE OF PEOTONE, ILLINOIS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 90–352.  NAVRATIL, INDIVIDUALLY AND GUARDIAN AD LITEM FOR NAVRATIL, A MINOR *v.* CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 90–353.  CAMAIONE *v.* BOROUGH OF LATROBE.  Sup. Ct. Pa.  Certiorari denied.

No. 90–381.  DEERE & CO. *v.* KENNEDY ET AL.  App. Ct. Ill., 3d Dist.  Certiorari denied.

No. 90–399.  WRENN *v.* UNITED STATES ET AL.  C. A. 2d Cir. Certiorari denied.

No. 90–426.  GANTNER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 8th Cir.  Certiorari denied.

No. 90–442.  PONTANI *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 90–452.  CONTI *v.* COMMISSIONER OF INTERNAL REVENUE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 90–469.  BEJASA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 90–471.  WPIX, INC. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 2d Cir.  Certiorari denied.

No. 90–487.  ZZIE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–5011.  HERRERA *v.* BURROUGHS ET AL.  C. A. 10th Cir.  Certiorari denied.